**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Keonna M. Brown, | |
| Plaintiff(s), | |
| v. | Case No. 12 cv 3241<br>Judge Joan B. Gottschall |
| JTH Tax, Inc., | |
| Defendant(s). | |

## ORDER

The court previously entered judgment in In re: Liberty Refund Anticipation Loan Litigation, MDL No. 2334/N.D. Ill. No. 12 cv 2949. Accordingly, this member case is closed.


Date: 1/27/2016                                      /s/
                                                                Joan B. Gottschall
                                                             United States District Judge